No. 17,393.

WEBER *v.* BROWN.
(277 P. [2d] 526)

Decided December 13, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. RECTOR, KANE & CALVERT, for plaintiff in error.

Messrs. BENNETT & HEINICKE, for defendant in error.